COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-089-CV

PATRICIA MCCALLUM APPELLANT

V.

WALLACE ROBERTS APPELLEE

----------

FROM COUNTY COURT 
AT LAW NO. 2 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss With Prejudice.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the 
party incurring the same, for which let execution issue.  
See 
Tex. R. App P.
 
43.4.

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: June 22, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.